**No. 10-10991. Jesse F. Reece, Sr., Petitioner v. Walden Affordable, LLC, et al.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 515, 2011 U.S. LEXIS 8438.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 861, 132 S. Ct. 199, 181 L. Ed. 2d 105, 2011 U.S. LEXIS 5941.

**No. 10-10999. Robert N. Brayboy, Petitioner v. Robeson County Board of Education.**

565 U.S. 1075, 132 S. Ct. 804, 181 L. Ed. 2d 515, 2011 U.S. LEXIS 8401.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 861, 132 S. Ct. 200, 181 L. Ed. 2d 106, 2011 U.S. LEXIS 5869.

**No. 10-11008. Carl Allen Nakagawa, Petitioner v. North Range Behavioral Health.**

565 U.S. 1075, 132 S. Ct. 804, 181 L. Ed. 2d 515, 2011 U.S. LEXIS 8394.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 862, 132 S. Ct. 201, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 5995.

**No. 10-11013. Adib Eddie Ramez Makdessi, Petitioner v. Bryan Watson, Warden.**

565 U.S. 1075, 132 S. Ct. 804, 181 L. Ed. 2d 515, 2011 U.S. LEXIS 8334.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 862, 132 S. Ct. 202, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6363.

**No. 10-11033. Barry Mitchell, Petitioner v. John Lempke, Superintendent, Five Points Correctional Facility.**

565 U.S. 1075, 132 S. Ct. 804, 181 L. Ed. 2d 515, 2011 U.S. LEXIS 8444.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 863, 132 S. Ct. 205, 181 L. Ed. 2d 110, 2011 U.S. LEXIS 6038.

**No. 10-11057. Derek N. Jarvis, Petitioner v. Maryland.**

565 U.S. 1075, 132 S. Ct. 804, 181 L. Ed. 2d 515, 2011 U.S. LEXIS 8330.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 864, 132 S. Ct. 208, 181 L. Ed. 2d 112, 2011 U.S. LEXIS 6635.